UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-1611

———————

NATHAN J. COLODNEY,

Plaintiff - Appellant,

versus

LORI L. SUSSMAN,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-98-1609-A)

———————

Submitted:  June 30, 1999          Decided:  September 13, 1999

———————

Before WIDENER and NIEMEYER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Nathan J. Colodney, Appellant Pro Se. Linda Dianne Regenhardt, GARY & GOODMAN, LTD., Vienna, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathan J. Colodney appeals the district court's order dismissing his civil diversity action for improper venue. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Colodney v. Sussman, No. CA-98-1609-A (E.D. Va. Apr. 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED